*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, McCONNELL, and GEIS,
Appellate Military Judges

_____

## UNITED STATES
Appellee

**v.**

## Phillip S. COLEGROVE
Machinist's Mate Nuclear Third Class (E-4),
U.S. Navy
Appellant

## No. 201900095

Decided: 11 December 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Stephen Reyes, U.S. Navy. Sentence adjudged 14 January 2019 by a special court-martial convened at Fleet Activities Yokosuka, Japan, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 10 months,[1] and a bad-conduct discharge.

For Appellant: Lieutenant Commander W. Scott Stoebner, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] Pursuant to a pretrial agreement, the convening authority suspended confinement in excess of 9 months.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court